UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE:   Dan H. Madro                                                         CHAPTER 13 PROCEEDING
         (***-**-4174)                                                         CASE NO: 09-71777-TJT
                                                                               JUDGE: THOMAS J. TUCKER
         Debtor(s).                         /

## ORDER CONFIRMING PLAN

The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of **MARK W. CHESSMAN (P29174)**, attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of **$3,0000.00** in fees and **$0.00** in expenses, and that the portion of such claim which has not already been paid, to wit: **$2,500.00** shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows:

1. The Debtor(s) shall remit 100% of tall tax refunds to which the Debtor(s) are entitled during the pendency of the Plan and shall not alter withholdings without Court approval.

Approved:

_/s/ Tammy Terry_                                          _/S/ Mark W. Chessman_
Tammy L Terry (P46254)                                     Mark W. Chessman (P29174)
Chapter 13 Standing Trustee                                Attorney for Debtor(s)
535 Griswold, Ste. #2100                                   25225 Gratiot Avenue
Detroit, MI 48226                                          Roseville, MI 48066
                                                           (586)-498-9400
                                                           diana@chessmanlaw.com

.

**Signed on February 03, 2010**

                                                           ____/s/ Thomas J. Tucker____
                                                           **Thomas J. Tucker**
                                                           **United States Bankruptcy Judge**